IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael D. Cook, ) | |
| ) | C/A No. 6:15-2431-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Carolyn W. Colvin, Acting Commission of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Michael D. Cook brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental income benefits. On July 28, 2016, the court remanded the case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, which motion was filed October 27, 2016. Counsel moves for attorneys' fees in the amount of $3,416.38, representing 18.1 hours at $188.75 per hour, plus expenses of $16.00. On November 3, 2016, Defendant filed a response informing the court that she does not oppose Plaintiff's motion.

Plaintiff's motion for fees and expenses under the EAJA (ECF No. 24) is **granted** in the total amount of $3,432.38, to be paid directly to Plaintiff, as required by Astrue v. Ratliff, 130 S. Ct. 2521 (2010).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
November 8, 2016