IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael D. Cook, ) | |
| ) | C/A No. 6:15-2431-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| _____ _____) | |

On June 16, 2015, Plaintiff Michael D. Cook brought this action to obtain judicial review of a final decision of Defendant Acting Commissioner of Social Security denying Plaintiff's claims for disability insurance benefits and supplemental security income benefits. See 42 U.S.C. § 405(g). On July 28, 2016, the court remanded the Commissioner's decision pursuant to sentence four of § 405(g) for further administrative proceedings. By order filed November 9, 2016, the court awarded attorney's fees and expenses in the amount of $3,432.38 to Plaintiff's counsel pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

This matter now is before the court on Plaintiff's motion for attorney's fees filed June 16, 2017. Counsel moves for an order awarding an attorney's fee of $27,063.50 under the Social Security Act, 42 U.S.C. § 406(b).[1] On July 19, 2017, the Commissioner filed a response informing the court that she has no objection to Plaintiff's motion for fees. Accordingly,

**IT IS ORDERED** that Plaintiff's motion for fees under 42 U.S.C. § 406(b) be **granted** in

---

[1] The fee requested constitutes 25% of the past due benefits awarded to Plaintiff, in accordance with the fee agreement between Plaintiff and counsel and as permitted by 42 U.S.C. § 406(b). Plaintiff received past benefits in the amount of $108,254.00.

the amount of $27,063.50. Plaintiff's counsel indicates that, once the fees requested in this case are approved, he will refund to Plaintiff the $3,432.38 previously paid to him.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

August 1, 2017